UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE BARBARA EVANS**

CRIMINAL CLERK'S MINUTES at Roswell

CASE NUMBER:   **19-CR-764-003-JB**          DATE: **5/1/2019**          TAPE NUMBER: **LCR-ROSWELL**

CLERK**: MICHELLE PETTIT**

TYPE OF HEARING: **INITIAL PRESENTMENT**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd. | Ret'd. |
|---|---|---|---|
| **Donald Charles Gibson** |  | ☐ | ☐ |

Interpreter:
Pretrial Officer present: Patrick Jennings
Court in Session: **3:15A.M. to 3:30 A.M. (15 MINS)**

☒   Defendant was given/read a copy of charging document

☐   Agent sworn in OPEN COURT

☒   Court questions Defendant regarding his/her physical and mental conditions, address, DOB, education

☒   Court advises defendant(s) of possible penalties

☒   Court advises defendant(s) of all constitutional rights

☐   ORAL Motion for detention Hearing by Government

☐   Court grants Government's ☐   Defense ☐   oral motion to continue detention hearing

☐   Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒   Defendant(s) in custody

☐   Defendant(s) detained without bond as:   Risk of Flight ☐   Danger to Community ☐

☐   Conditions of Release set at:

☒   Other: **ARRAIGNMENT / DETENTION HEARING IN ALBUQUERQUE ON WEDNESDAY, MAY 8, 2019AT 9:30 A.M. BEFORE JUDGE YARBROUGH IN THE RIO GRANDE COURTROOM.**